DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

5 NOVEMBER 2015

| | | | |
|---|---|---|---|
| 353P15 | Carolyn Joyner Driggers, Individually and as Co-Trust and Co-Beneficiary of the Barney G. Joyner Family Trust, and Phyllis M. Joyner, by and through Carolyn Driggers as Attorney-in-Fact v. David Lee Joyner and Ronald Dorrestein | 1. Plt's (Carolyn Joyner Driggers) Petition for *Writ of Certiorari* to Review Order of COA<br><br>2. Plt's (Carolyn Joyner Driggers) Petition for *Writ of Certiorari* to Review Order of Superior Court of Wake County<br><br>3. Defs' Motion for Extension of Time to File Response to Petition for *Writ of Certiorari* | 1.<br><br><br>2.<br><br><br><br>3. Allowed<br>**10/27/2015** |
| 355P15 | State v. Derrick Aundra Huey | 1. State's Motion for Temporary Stay (COA15-100)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed<br>**10/26/2015**<br><br>2.<br><br>3. |
| 356P15 | Terry Wayne Stephenson, II v. Terry L. Palmatier, Linda G. Wideman, Rachel M. Jones, Virginia Campbell Zalman, James F. Ray, and Judy T. Ray | 1. Plt's *Pro Se* Motion for PDR (COA15-515)<br><br>2. Plt's *Pro Se* Motion for Petition for Preliminary Injunction | 1. Dismissed<br><br><br>2. Dismissed |
| 359P15 | Lorine Spence v. Laura Wasco | Plt's *Pro Se* Petition for *Writ of Habeas Corpus* | Denied<br>**10/27/2015** |
| 360P15 | State v. Jorge Juarez | 1. State's Motion for Temporary Stay (COA15-152)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed<br>**10/27/2015**<br><br>2.<br><br>3. |
| 362P15 | Bryant T. Dennings v. Earl R. Butler, Cumberland Co., and State of North Carolina | Petitioner's *Pro Se* Petition for *Writ of Mandamus* | Denied<br>**10/29/2015** |
| 366PA13 | State v. Lester Gerard Packingham | 1. Def's Motion to Withdraw as Private Assigned Counsel<br><br>2. Def's Motion to Appoint the Appellate Defender | 1. Allowed<br><br><br>2. Allowed<br><br>**Ervin, J., recused** |